UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE ( ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Wednesday, July 5, 2006 @ 1:00 p.m.

CASE NUMBER: 3:CV-06-1103

CAPTION:   Ferenczi v. Liberty Mutual

COUNSEL FOR PLAINTIFF:          Timothy G. Lenahan, Esquire (in person)

COUNSEL FOR DEFENDANT:          William C. Foster, Esquire (via telephone)

---

**CONFERENCE RESULTS:**

♦   Discovery to initially run until September 30, 2006;
♦   In the initial claim process, some records exchanged.  Further exchanges to occur -- some may require a confidentiality agreement;
♦   We encourage telephone conferences at this stage in lieu of formal motions.