UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

PURPOSE OF CONFERENCE:      CASE MANAGEMENT CONFERENCE    ( )

TELEPHONE ( )              PRETRIAL CONFERENCE            (✔)

ACTUAL      (✔)            DISCOVERY                      ( )

                           STATUS                         ( )

                           SETTLEMENT                     ( )

                           SCHEDULING                     ( )


DATE & TIME: Tuesday, February 27, 2007 @ 11:00 a.m.

CASE NUMBER: 3:CV-06-1103

CAPTION:     Ferenczi v. Liberty

COUNSEL FOR PLAINTIFF:            Timothy G. Lenahan, Esquire

COUNSEL FOR  DEFENDANT:           William C. Foster, Esquire

**CONFERENCE RESULTS:**

♦      Trial on May 21, 2007 @ 8:30 a.m. - two to three day trial;

♦      Discussed contract issue and bad faith issue.  Hope counsel can agree on how we are
       to proceed before a jury.